**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PALLADIAN PARTNERS, L.P; HBK MASTER
FUND L.P.; HIRSH GROUP LLC; and
VIRTUAL EMERALD INTERNATIONAL
LIMITED,

*Plaintiffs*,

-against-

THE REPUBLIC OF ARGENTINA,

*Defendant*.

Case No.:  1:25-cv-01954-CKK

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE
SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS COMPLAINT**

Upon consideration of Plaintiffs Palladian Partners, L.P., HBK Master Fund L.P., Hirsh

Group LLC, and Virtual Emerald International Limited (collectively, "Plaintiffs")'s Motion for

Leave to File Sur-Reply In Further Opposition to Defendant's Motion to Dismiss Complaint

("Motion for Leave"), and the underlying record related thereto, it is hereby **ORDERED AND**

**ADJUDGED** as follows:

Plaintiffs' Motion for Leave is **GRANTED**.  The Clerk of the Court is **DIRECTED** to

docket the Sur-Reply and accompanying Second Declaration of the Rt. Honourable Lord

Neuberger, attached to Plaintiffs' Motion for Leave as Exhibits A and B, respectively, as of the

date of this order.

Dated:

_____

Honorable Colleen Kollar-Kotelly
United States District Court Judge