**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
-------------------------------------------------------  x
PALLADIAN PARTNERS, L.P.; HBK                           :
MASTER FUND L.P.; HIRSH GROUP LLC;                      :
and VIRTUAL EMERALD                                     :
INTERNATIONAL LIMITED,                                  :
                                                        :
                    Plaintiffs,                         :     Civil Action No. 1:25-cv-01954-CKK
                                                        :
        - against -                                     :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                    Defendant.                          :
                                                        :
-------------------------------------------------------  x
```

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

Upon consideration of Plaintiffs Palladian Partners, L.P., HBK Master Fund L.P., Hirsh Group LLC, and Virtual Emerald International Limited (collectively, "Plaintiffs")'s Motion for Leave to File Sur-reply in Further Opposition to Defendant's Motion to Dismiss the Complaint and Defendant The Republic of Argentina's Opposition thereto, and for the reasons set forth therein, it is, this ___ day of _____, 2026:

**ORDERED** that Plaintiffs' Motion for Leave to File Sur-reply in Further Opposition to Defendant's Motion to Dismiss the Complaint be, and the same hereby is, **DENIED**, and it is further

**SO ORDERED**.

_____
Hon. Colleen Kollar-Kotelly
United States District Court Judge